| | |
|---|---|
| 1 | Prober & Raphael, |
| 2 | A Law Corporation |
| | Dean Prober, Esquire, #106207 |
| 3 | Lee S. Raphael, Esquire, #180030 |
| | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
| | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| | Attorneys for Secured Creditor |
| 7 | U.S. Bank, N.A. |
| | F.040-1781 |

FILED
JUL 28 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re
JOAQUIN CESAREO SOTELO AKA
JOAQUIN GOLEZ SOTELO,

Debtor.

)   Case No. 10-45367
)
)   CHAPTER 7
)
)   R.S. No. DRP – 824
)
)   ORDER GRANTING MOTION FOR
)   RELIEF FROM AUTOMATIC STAY
)
)   Hearing-
)   Date :  July 28, 2010
)   Time :  10:30 a.m.
)   Place :  U.S. Bankruptcy Court
)            1300 Clay Street, 2nd Floor
)            Oakland, CA
)            Courtroom 220

The Motion for Relief from Automatic Stay of U.S. Bank, N.A., its assignees and/or successors in interest, came on for hearing on July 28, 2010 at 10:30 a.m. before the Honorable Randall J. Newsome. Appearances were as set forth in the Court record.

After reviewing the pleadings and records and determining that GOOD CAUSE exists, the Court makes the following Order:

|  |  |
|---|---|
| 1 |  |
| 2 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2004 Silver Fox, Edmond, Oklahoma** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A., its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2004 Silver Fox, Edmond, Oklahoma** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

Dated: 7/28/10

_____
Judge of the United States Bankruptcy Court

# COURT SERVICE LIST

Joaquin Cesareo Sotelo
1350 Rae Anne Dr.
Concord, CA 94520
Debtor


John G. Finnick, Esquire
Law Offices of John G. Finnick
1806 Bonanza Street
Walnut Creek, CA 94596
Attorney for Debtor


Paul Mansdorf
1563 Solano Avenue, #703
Berkeley, CA 94707
Chapter 7 Trustee


U.S. Trustee
1301 Clay Street, Room 690N
Oakland, CA 94612-5202


Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364